# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Carlos Gonzalez Sabedra,

Petitioner,

v.

Todd M. Lyons, et al.,

Respondents.

No. CV-26-05532-PHX-DMF

**ORDER**

This matter is before the Court on Petitioner's motion to expedite ruling (Doc. 12), which recounts only the status of the briefing as already reflected on the docket and the Petitioner's continued detention, of which the Court is aware. The Court is already addressing this and other similar matters in an orderly expedited manner, rendering the motion superfluous.

Accordingly,

**IT IS HEREBY ORDERED** denying Petitioner's motion to expedite ruling (Doc 12).

Dated this 2nd day of October, 2026.

Deborah M. Fine

Honorable Deborah M. Fine
United States Magistrate Judge